FILED
2007 May-10 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARPENTERS LOCAL 127 HEALTH AND WELFARE PLAN, et al., | } } } | |
| Plaintiffs, | } } | CIVIL ACTION NO. 07-AR-0313-S |
| v. | } } | |
| PHOENIX RETAIL GROUP, INC., | } } | |
| Defendant. | } | |

**MEMORANDUM OPINION**

The court has before it the motion of plaintiffs, Carpenters Local 127 Health and Welfare Plan, et al. ("Carpenters"), seeking a default judgment against defendant Phoenix Retail Group, Inc. ("Phoenix"). The court has jurisdiction over the parties and the subject matter. Default has properly been entered against Phoenix by the Clerk. Phoenix, a corporation, is clearly not an infant or incompetent. The affidavit of Melia Creel ("Creel") on her personal knowledge reflects that Phoenix owes the sum of $21,315.21. Accordingly, Carpenter's motion for default judgment is GRANTED, and judgment will be separately entered in favor of Carpenters, and against Phoenix in that amount.

DONE this 10th day of May, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE